UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, | 2:11-CV-01522-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| LENI ALSTON, *et al.*, | |
| Defendants. | |

The Court having read and considered Defendants' Motion to Dismiss (Doc. #15), Plaintiff's Response in Opposition thereto (Doc. #16) and Defendants' Reply (Doc. #17), and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #15) is **DENIED**.

DATED: December 27, 2011.

                                                                        _____
                                                                        PHILIP M. PRO
                                                                        United States District Judge