1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

COUNTRY MUTUAL INSURANCE
COMPANY,                                    )         2:11-CV-01522-PMP-CWH
                                           )
                 Plaintiff,                )
                                           )         **ORDER**
    vs.                                    )
                                           )
LENI ALSTON, *et al.*,                     )
                                           )
                 Defendants.               )
_____)

      The Court having read and considered Defendants' Motion to Dismiss
(Doc. #15), Plaintiff's Response in Opposition thereto (Doc. #16) and Defendants'
Reply (Doc. #17), and good cause appearing,

      **IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #15) is
**DENIED**.

DATED: December 27, 2011.


_____
PHILIP M. PRO
United States District Judge