M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
K<small>RAVITZ</small>, S<small>CHNITZER</small>,
S<small>LOANE</small> & J<small>OHNSON</small>, C<small>HTD</small>.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666 - Telephone
(702) 362-2203 – Facsimile
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### STATE OF NEVADA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br>vs.<br><br>LENI ALSTON, a Nevada resident; WILLIAM ALSTON, a Nevada resident, JOHN FERRARA, as the administrator of the Estate of Andrew Ferrara, a Nevada resident, JOHN FERRARA, individually and as heir to Andrew Ferrara, deceased, a Nevada resident,<br><br>Defendants. | Case No.: 2:11-cv-01522-PMP-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff, COUNTRY MUTUAL INSURANCE COMPANY, by and through its attorneys of record, Kravitz, Schnitzer, Sloane & Johnson, Chtd., Defendants, LENI ALSTON and WILLIAM ALSTON by and through their attorneys of record, Fuller Law Practice, P.C., and Defendant, JOHN FERRARA, by and through his attorneys of record, Edward M. Bernstein & Associates that the case entitled *Country Mutual Insurance Company v Leni Alston, et al*, Case No. 2:11-cv-01522-PMP-VCF is hereby dismissed

\\\
\\\
\\\

1  with prejudice. Additionally, all parties agree to bear their own attorneys' fees.

2

3          IT IS SO STIPULATED.

4  DATED: <u>June 4, 2012</u>                    DATED: <u>June 4, 2012</u>

5  KRAVITZ, SCHNITZER, SLOANE            EDWARD M. BERNSTEIN & ASSOCIATES
6  & JOHNSON, CHTD.

7  <u>/s/ M. Bradley Johnson, Esq.</u>            <u>/s/ Gary Call, Esq.</u>
8  M. Bradley Johnson, Esq.                Gary Call, Esq.
   Nevada State Bar No. 4646               Nevada State Bar No. 4646
9  8985 S. Eastern Ave, Ste 200            500 S. Fourth St
   Las Vegas, NV 89123                     Las Vegas, NV 89101
10 *Attorneys for Plaintiff*                 *Attorneys for Defendant, John Ferrara*

11

12 DATED: <u>June 4, 2012</u>

13 FULLER LAW PRACTICE, P.C.

14

15 <u>/s/ Rebecca Fuller, Esq.</u>
   Rebecca Fuller, Esq.
16 Nevada State Bar No. 9809
   10795 W. Twain Ave, #104
17 Las Vegas, NV 89135
   *Attorneys for Defendants,*
18 *Leni Alston and William Alston*

19

20

21

22

23

24

25

26

27

28

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**ORDER**

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, the case entitled *Country Mutual Insurance Company v Leni Alston, et al*, Case No. 2:11-cv-01522-PMP-VCF is hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties are responsible for their own attorneys' fees and costs.

DATED: June 5, 2012. _____

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Submitted by:

*/s/ M. Bradley Johnson, Esq.*
M. BRADLEY JOHNSON, ESQ.
Nevada State Bar No. 4646
KRAVITZ, SCHNITZER, SLOANE
& JOHNSON, CHTD.
*Attorneys for Plaintiff*

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123